1 Scott N. Johnson, Esq. (SBN 166952)
  Disabled Access Prevents Injury, Inc.
2 5150 Fair Oaks Blvd., Suite 101
  PMB #253
3 Carmichael, CA 95608-5758
  Telephone (916) 485-3516
4 Facsimile (916) 481-4224
  Email scottnjohnson@dapiinc.com

5

6 Attorney for Plaintiff
  Scott N. Johnson

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 Scott N. Johnson                ) Case No. **2:12-cv-01050-MCE-EFB**
                                   )
12         Plaintiff;              ) **ORDER RE: REQUEST FOR DISMISSAL**
                                   )
13     vs.                         )
                                   )
14 Hui Cha Kim, et al,             )
                                   )
15         Defendant.              )
                                   )
16                                 )
                                   )
17 _____ )

18

19    IT IS SO ORDERED THAT the above-entitled action is

20 hereby dismissed with prejudice pursuant to Fed. R. Civ. P.

21 41(a)(1)(A).  The Clerk of the Court is directed to close

22 this case.

23
   Dated:  August 23, 2012
24
                                   _____
25                                 MORRISON C. ENGLAND, JR
26                                 UNITED STATES DISTRICT JUDGE

27

28

ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-1050-MCE-EFB- 1